UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. J. DAVID JOHN, <br><br> Plaintiff, <br><br> vs. <br><br> J. DENNIS HASTERT, <br><br> Defendant. | Case No. 13-cv-5014 <br><br> Judge Kocoras <br> Magistrate Judge Rowland |

**HASTERT'S MOTION FOR ATTORNEYS FEES AND SANCTIONS
PURSUANT TO 31 U.S.C. § 3730(d)(4), RULE 11, 28 U.S.C. § 1927,
AND THE INHERENT POWER OF THIS COURT**

Defendant, J. Dennis Hastert ("Hastert"), brings this motion for attorneys fees and sanctions against J. David John ("John") and his counsel pursuant to 31 U.S.C. § 3730(d)(4) (the fees provision of the False Claims Act), Federal Rule of Civil Procedure 11, 28 U.S.C. § 1927, and the inherent power of this Court.

1. John's claims in this matter have lacked evidentiary support from the outset, including being based on *false* assertions about the central requirement of his claims, namely, his pre-filing disclosure to the federal government of the information on which his False Claims Act claims were based.

2. John's counsel failed to conduct the necessary pre-filing inquiry into factual and legal support for John's claims, and further failed to consider, on an ongoing basis, whether John's claims had the necessary factual and legal support in light of the factual developments in the case.

386108.1

3. John filed this action for improper purposes and John's counsel were aware of his improper motives.

4. Hastert's counsel gave John's counsel multiple warnings about the lack of merit to John's claims and the need to voluntarily dismiss John's claims in order to avoid sanctions. John and his counsel did nothing.

5. The False Claims Act provides for an award of fees under the circumstances above. *See* 31 U.S.C. § 3730(d)(4).

6. An award of attorneys fees is also warranted for the bringing of, and the continued prosecution of, claims that lacked evidentiary support, were not well grounded in law, and were brought for an improper purpose, under Federal Rule of Civil Procedure 11, 28 U.S.C. § 1927, and the inherent power of this Court to assess sanctions for such conduct.

7. Thus, Hastert is entitled to an award of attorneys fees against John and his counsel for their filing of, and ongoing pursuit of, John's claims in this case.

8. Hastert will be filing shortly a memorandum in support of this motion.

WHEREFORE, Defendant, J. Dennis Hastert, requests that this Court award him, pursuant 31 U.S.C. § 3730(d)(4), Federal Rule of Civil Procedure 11, 28 U.S.C. § 1927, and the inherent power of this Court, the attorneys fees he expended in defending against John's claims in this case. Hastert asks that the fees be imposed against John and his counsel, jointly and severally, and in an amount to be determined by a separate petition for attorneys fees to be filed by Hastert within 28 days after the Court's order granting this motion.

Dated: May 1, 2017                                     Respectfully submitted,


                                                       /s/ Christian Poland

                                                       Attorneys for Defendant,
                                                       J. Dennis Hastert

386108.1

3

Justin A. Chiarodo
BLANK ROME LLP
1825 Eye Street, NW
Washington, DC 20006-5403
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
Email: jchiarodo@blankrome.com

Christian M. Poland
BRYAN CAVE LLP
161 N. Clark St., Suite 4300
Chicago, Illinois 60601
Telephone: (312) 602-5000
Facsimile: (312)-602-5050
Email: christian.poland@bryancave.com

CERTIFICATE OF SERVICE

I, counsel for Defendant, J. Dennis Hastert, hereby certify that on May 1, 2017, I caused the foregoing to be electronically filed using the CM/ECF system, which will then send a notification of such filing to the following persons:

Michael Kevin Goldberg
Goldberg Law Group, LLC
120 S. Riverside Plaza, #1675
Chicago, IL 60606-6101
(312) 930-5600
mgoldberg@goldberglawoffice.com

John Joseph Muldoon, III
Muldoon & Muldoon, PC
10 S. LaSalle St., Suite 2900
Chicago, IL 60603
(312) 739-3550
jjm@muldoonlaw.com

I also caused a copy of the same to be served via email on the following:

Kurt N. Lindland
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4163
kurt.lindland@usdoj.gov


/s/ Christian Poland

386108.1