UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. J. DAVID JOHN,<br>Plaintiff,<br><br>vs.<br><br>J. DENNIS HASTERT,<br>Defendant. | Case No. 13-cv-5014<br><br>Judge Kocoras<br>Magistrate Judge Rowland |

To: See Certificate of Service

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Thursday, May 4, 2017 at 9:30 a.m., we shall appear before the Honorable Judge Charles P. Kocoras, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2325 at the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604, and shall then and there present *Hastert's Motion for Attorneys Fees and Sanctions Pursuant to 31 U.S.C. § 3730(d)(4), Rule 11, 28 U.S.C. § 1927, and the Inherent Power of This Court*, a copy of which is hereby served upon you.

Dated: May 1, 2017

s/ Christian Poland
Attorney for Defendant, J. Dennis Hastert

Justin A. Chiarodo
BLANK ROME LLP
1825 Eye Street NW
Washington, DC 20006
Telephone: 202-420-2706
Facsimile: 202-420-2201
Email: JChiarodo@BlankRome.com

Christian M. Poland
BRYAN CAVE LLP
161 N. Clark St., Suite 4300
Chicago, Illinois 60601
Telephone: (312) 602-5000
Facsimile: (312)-602-5050
Email: christian.poland@bryancave.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2017, I caused to be electronically filed the foregoing document using the CM/ECF system, which will then send a notification of such filing to all registered users:

Michael Kevin Goldberg
Goldberg Law Group, LLC
120 S. Riverside Plaza, #1675
Chicago, IL 60606-6101
(312) 930-5600
mgoldberg@goldberglawoffice.com

John Joseph Muldoon, III
Muldoon & Muldoon, PC
10 S. LaSalle St., Suite 2900
Chicago, IL 60603
(312) 739-3550
jjm@muldoonlaw.com

I also caused a copy of the same to be served via email on the following:
Kurt N. Lindland
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4163
kurt.lindland@usdoj.gov

/s/ Christian Poland